Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jean Marie Carey                                                             Docket No. 02-00089-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jean Marie Carey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 25th day of July 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not own or possess a firearm or other destructive device.
- Shall participate in a program of testing and, if necessary, treatment for drug abuse, as directed by the probation officer.
- Shall make monthly payments towards any restitution balance in an amount of not less than 10 percent of her gross monthly income.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless she is in compliance with a restitution payment schedule.
- Shall provide the probation office with access to any requested financial information.
- Shall pay a $100 special assessment fee and restitution in the amount of $14,119.47.

| | |
|---|---|
| 07-25-03: | Bank Fraud; 24 months' imprisonment, to be followed by 3 years' supervised release. |
| 07-07-05: | Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi. |
| 08-20-05: | Order signed, Judge Lancaster; Imposed the special condition of mental health treatment. |
| 05-10-06: | Order signed, Judge Lancaster, Warrant issued for violations of supervised release. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that on May 10, 2006, the Court signed a Petition on Supervised Release, which issued a bench warrant for the arrest of the defendant for various technical violations of supervision. The Probation Office was recently informed that the defendant is at Western Psychiatric Institute in Pittsburgh, Pennsylvania. Arrangements are being made for transitional living and continued care. Therefore, the Probation Office recommends that the bench warrant be vacated and the defendant be allowed to continue under supervision. It is further recommended that the time between when the bench warrant was issued until the vacating of the warrant not be tolled.

U.S.A. vs. Jean Marie Carey
Docket No. 02-00089-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the bench warrant which was issued for the arrest of the supervised releasee on May 10, 2006, for alleged violations of supervision be vacated. Further, the time between when the bench warrant was issued and the vacating of the warrant shall not be tolled for supervision purposes.

ORDER OF COURT

Considered and ordered this 14th day of July, 2006, and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2006

Michael DiBiasi
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania