Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jean Marie Carey                                    Docket No. 02-00089-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jean Marie Carey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 25th day of July 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not own or possess a firearm or other destructive device.
- Shall participate in a program of testing and, if necessary, treatment for drug abuse, as directed by the probation officer.
- Shall make monthly payments towards any restitution balance in an amount of not less than 10 percent of her gross monthly income.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless she is in compliance with a restitution payment schedule.
- Shall provide the probation office with access to any requested financial information.
- Shall pay a $100 special assessment fee and restitution in the amount of $14,119.47.

| | |
|---|---|
| 07-25-03: | Bank Fraud; 24 months' imprisonment, to be followed by 3 years' supervised release. |
| 07-07-05: | Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi. |
| 08-20-05: | Order signed, Judge Lancaster; Imposed the special condition of mental health treatment. |
| 05-10-06: | Order signed, Judge Lancaster; Warrant issued for violations of supervised release. |
| 07-14-06: | Order signed, Judge Lancaster; Warrant vacated. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that as of this writing, the defendant has come into compliance with the conditions of supervision. It is the recommendation of the Probation Office that the previously filed Petition on Supervised Release, dated August 30, 2006, be withdrawn.

PRAYING THAT THE COURT WILL ORDER that the Petition on Supervised Release previously filed by the Probation Office on or about August 30, 2006, be withdrawn.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 21 day of Sept., 2006, and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
U.S. District Judge

Executed on    September 20, 2006

_____
Michael DiBiasi
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania