Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jean Marie Carey                                   Docket No. 02-00089-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jean Marie Carey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 25th day of July 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not own or possess a firearm or other destructive device.
- Shall participate in a program of testing and, if necessary, treatment for drug abuse, as directed by the probation officer.
- Shall make monthly payments towards any restitution balance in an amount of not less than 10 percent of her gross monthly income.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless she is in compliance with a restitution payment schedule.
- Shall provide the probation office with access to any requested financial information.
- Shall pay a $100 special assessment fee and restitution in the amount of $14,119.47.

07-25-03:    Bank Fraud; 24 months' imprisonment, to be followed by 3 years' supervised release.
07-07-05:    Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi.
08-20-05:    Order signed, Judge Lancaster; Imposed the special condition of mental health treatment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant was ordered to pay $14,119.47 in restitution in an amount of not less than 10 percent of her gross monthly income. The defendant currently receives $174 per month in assistance. As of this writing, the defendant has paid a total of $562 toward restitution. It does not appear that the defendant has had, or will have in the future, significant funds available to pay restitution in full. It is the recommendation of the Probation Office that the defendant's term of supervised release be allowed to expire as scheduled on July 6, 2008, with money due and owing.

U.S.A. vs. Jean Marie Carey
Docket No. 02-00089-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the term of supervised release imposed at Criminal No. 02-00089-001 be allowed to expire as scheduled on July 6, 2008, with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 5 day of May, 2008, and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

Executed on May 2, 2008

Michael DiBiasi
U.S. Probation Officer

Paul J. Dipponito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania